1  ROBERT WAGGENER, SBN: 118450
   LAW OFFICE OF ROBERT WAGGENER
2  214 Duboce Avenue
   San Francisco, California 94103
3  Phone:     (415) 431-4500
   Fax:       (415) 255-8631
4  E-Mail:    rwlaw@mindspring.com

5  Attorney for Defendant ARGELIO SUASTEGUI-LOZANO

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR06 00178/CR12 00503 MMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER STATUS CONFERENCE ; ORDER** |
| v. | |
| ARGELIO SUASTEGUI-LOZANO, | Dated: January 16, 2013 |
| Defendant. | Time: 2:15 p.m. |
| | Crtrm: 7 (Honorable Maxine Chesney) |

The trial case for Defendant Argelio Suastegui-Lozano (CR12 00503 MMC) and the supervised release violation case (CR06 00178 MMC) are both calendared for a status and setting conference on January 16, 2013, at 2:15 p.m.

**IT IS HEREBY STIPULATED** between the parties that the status conferences in both cases for Defendant Argelio Suastegui-Lozano, currently scheduled for January 16, 2013, at 2:15 p.m., be continued to January 30, 2013, at 2:15 p.m.

The reason for the postponement is because both parties have been notified that records subpoenaed by defense counsel cannot be produced until the middle of next week due to the fact that they have to be retrieved from archives. Production and review of the subpoenaed records is necessary for defense counsel to evaluate the next steps to take in the two cases.

\\\\

\\\\

The parties agree that time between January 16, 2013 and January 30, 2013 can be excluded under the Speed Trial Act based on the need for effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

Dated: January 15, 2013

/s/
ROBERT WAGGENER
Attorney for Defendant
ARGELIO SUASTEGUI-LOZANO

Dated: January 15, 2013

/s/
MARK KANG
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: January 15, 2013

MAXINE M. CHESNEY
United States District Court Judge

**STIPULATION AND [PROPOSED] ORDER
TO CONTINUE FURTHER STATUS CONFERENCE** -2-