MELINDA HAAG (CABN 150630)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUZANNE B. MILES (CABN 242048)
Assistant United States Attorney
STACEY GEIS (CABN 181444)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7200
Facsimile: (415) 436-7234
suzanne.miles@usdoj.gov
stacey.geis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARGELIO SUASTEGUI-LOZANO,<br><br>Defendant. | No. CR 12-0503 MMC<br><br>**STIPULATION AND [PROPOSED]<br>ORDER RE BRIEFING SCHEDULE<br>FOR MOTIONS IN LIMINE**<br><br>Pretrial Conference: March 26, 2013<br>Time: 9:00 a.m.<br>Court: Hon. Maxine M. Chesney |

This matter is currently scheduled for trial on April 8, 2013. A pretrial conference is scheduled for March 26, 2013. It is the parties' understanding that the current briefing schedule for filing motions in limine is as follows: any motions in limine due on March 12, 2013, any oppositions due on March 19, 2013 and the motions to be heard at the pretrial conference on March 26, 2013. The parties seek to modify the current briefing schedule to allow an additional three days for the parties to file motions in limine. The rest of the briefing schedule would

remain the same. This request is made based on the professional and personal schedules of counsel on both sides.

Accordingly, with the agreement of the parties and with the consent of the defendant ARGELIO SUASTEGUI-LOZANO, the Court enters this order modifying the briefing schedule as follows:

- any motions in limine are now due March 15, 2013;
- any oppositions to be filed by March 19, 2013; and
- the motions to be heard at the pretrial conference on March 26, 2013.

IT IS SO STIPULATED.

DATED:   March 11, 2013                         /s/
                                        Robert Waggener, Esq.
                                        Attorney for Argelio Suastegui-Lozano


DATED:   March 11, 2013                         /s/
                                        Stacey P. Geis
                                        Suzanne B. Miles
                                        Assistant U.S. Attorneys

IT IS SO ORDERED.

DATED: March 12, 2013
                                        The Honorable Maxine M. Chesney
                                        United States District Judge